BRIAN J. STRECH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3691
    FAX: (510) 637-3724
    Email: Maureen.bessette@usdoj.gov

Attorneys for Plaintiff

FILED
SEP 1 1 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOH'RONNIE COTTON, ) <br> ) <br> Defendant. ) | NO. CR 15-71102 MAG <br><br> STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |

    Defendant Joh'ronnie Cotton's initial appearance before this Court was on August 28, 2015. At that time, at the request of the parties, the Court set the dates for the defendant's preliminary hearing or arraignment on September 11, 2015. The parties request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through September 18, 2015. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

    The defendant also agrees to exclude for this period of time any limits applicable under 18 U.S.C. § 3161. The parties agree that the continuance represents the reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of

1 justice served by granting such a continuance outweighed the best interests of the public and the
2 defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
3 SO STIPULATED:

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

DATED: September 10, 2015

_____/s/_____
EDWARD SMOCK
Attorney for Damien Thomas

DATED: September 10, 2015

_____/s/_____
MAUREEN C. BESSETTE
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/11/15

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIP TO EXCLUDE TIME AND 2
[PROPOSED] ORDER
CR 15-71102 MAG